IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVANS PARKS,<br><br>                Plaintiff,<br><br>  v.<br><br>SUPERINTENDENT MARK CAPOZZA, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 20-4532 |

## ORDER

**AND NOW**, this 11th day of August 2022, upon consideration of Petitioner Evans Parks's pro se Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), Respondents' Response in Opposition (Doc. No. 13), the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 22), Petitioner's Objections to the Report and Recommendation (Doc. No. 28), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

    1.    The Report and Recommendation (Doc. No. 22) is **APPROVED** and **ADOPTED**.

    2.    Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

    3.    A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is

1

2

incorrect in denying and dismissing the Habeas Petition. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

                  BY THE COURT:


                  /s/ Joel H. Slomsky_____
                  JOEL H. SLOMSKY, J.

Case 2:20-cv-04532-JHS   Document 30   Filed 08/11/22   Page 2 of 2